UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK LEE DEARWESTER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. 2:13-cv-2536 CKD P

ORDER

Plaintiff is a California prisoner proceeding pro se. He has consented to have all matters in this action heard by a United States Magistrate Judge. See 28 U.S.C. 636(c). By order filed January 2, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: February 13, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dear2536.fta